FILED
CLERK, U.S. DISTRICT COURT

AUG 25 2008

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jacob Jensen,

Defendant.

Case No.: ED01-102-VAP

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of Calif._ for alleged violation(s) of the terms and conditions of probation or supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _Prior violation of supervised release, FTA to USPO, drug testing, and mental health counseling_

1   insufficient bail resources, history of substance
2   abuse, mental health concerns.

3   and/ or

4   B. ( )   The defendant has not met his/her burden of establishing by clear and
5   convincing evidence that he/she is not likely to pose a danger to the
6   safety of any other person or the community if released under 18 U.S.C. §
7   3142(b) or (c).  This finding is based on the following:

8   _____

9   _____

10  _____

11  _____

12

13  IT THEREFORE IS ORDERED that the defendant be detained pending the further
14  revocation proceedings.

15
16  Dated: _____8/25/08_____

17                                    HONORABLE OSWALD PARADA
                                      United States Magistrate Judge

18
19
20
21
22
23
24
25
26
27
28